

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00277-CV

PINEDA REO, LLC
v.
THE LOMIX LIMITED PARTNERSHIP, ET AL.

On Appeal from the
138th District Court of Cameron County, Texas
Trial Cause No. 2013-DCL-6086-B

## JUDGMENT

The Court's judgment issued on September 26, 2019, is hereby withdrawn and the following is substituted therefor.

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part, reversed and rendered in part, and the case should be remanded in part to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED AND RENDERED IN PART, and the case is REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged 50% against appellant and against appellees.

We further order this decision certified below for observance.

November 7, 2019